UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------x
In Re:

East End Properties Development LLC,

                      Debtor.
-----------------------------------------------------x

HEARING DATE: January 17, 2019 @ 11:00 a.m.

Bankruptcy Case No. 18-46139-cec

## TRUSTEE'S MOTION FOR DISMISSAL OF CHAPTER 7 CASE

ROBERT J. MUSSO (the "Trustee"), in the above captioned case, hereby moves, upon the affirmation of the Trustee annexed hereto, for an order dismissing this case for the unexcused failure of the debtor to file schedules and to appear on **November 26, 2018** at the meeting of creditors mandated by 11 U.S.C. § 341(a). In the absence of the examination of the debtor, the Trustee is unable to effectively administer the case.

Pursuant to 11 U.S.C. § 707(a) and Bankruptcy Rules 1017 the Trustee has scheduled a hearing before the **Honorable Carla E. Craig,** United States Bankruptcy Judge, on the 17th day of January 2019 at 11:00 a.m. at the United States Bankruptcy Court, 271 Cadman Plaza East, Room 3529, Brooklyn, New York 11201, to consider the aforesaid motion.

Dated: Brooklyn, New York
       November 28, 2018

                                              Rosenberg, Musso & Weiner, LLP

                                By:   /s/Robert J. Musso
                                         Robert J. Musso
                                         Chapter 7 Trustee
                                         26 Court Street, Ste.2211
                                         Brooklyn, New York 11242
                                         (718) 855-6840

UNITED STATES BAKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------x

In Re:                                                                        Chapter 7

1391 Holding Inc.,                                Case No. 18-46139-cec

                           Debtor.
-----------------------------------------------------x

**AFFIRMATION IN SUPPORT OF MOTION TO DISMISS CHAPTER 7 CASE**

      I, Robert J. Musso, having been appointed by the United States Trustee to serve as the trustee in the above-captioned case and affirm as follows:

      1. This affirmation is made in support of a motion for an order pursuant to 11 U.S.C §707(a)(1), dismissing this case for cause.

      2. On October 25, 2018, the debtor commenced this case by filing a voluntary petition under Chapter 7.

      3. The debtor failed to file schedules and to appear and submit to examination, as required by 11 U.S.C. § 343, at the meeting of creditors held pursuant to 11 U.S.C. § 341(a) scheduled on November 26, 2018.

      4. The foregoing conduct of the debtor constitutes cause to dismiss a Chapter 7 under 11 U.S.C. § 707(a).

Dated: Brooklyn, New York
       November 28, 2018.

                                                       Rosenberg, Musso & Weiner, LLP

                                    By:   /s/Robert J. Musso
                                               Robert J. Musso
                                               Chapter 7 Trustee
                                               26 Court Street, Ste.2211
                                             Brooklyn, New York 11242
                                             (718) 855-6840